UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Joseph A. Greenaway, Jr.

v. : Crim. No. 07-250

FILDYS S. DIAZ : **ORDER FOR CONTINUANCE**

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Brian L. Urbano, Assistant U.S. Attorney, appearing) and defendant FILDYS S. DIAZ, (Paul Warburgh, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from April 2, 2008 through June 2, 2008, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have this matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice

served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 28th day of April 2008,

ORDERED that this action be, and it hereby is, continued April 2, 2008 through June 2, 2008.

IT IS FURTHER ORDERED that the period from April 2, 2008 through June 2, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE JOSEPH A. GREENAWAY, JR.
UNITED STATES DISTRICT JUDGE

I hereby consent to the form and entry of this Order

PAUL WARBURGH, ESQ.
ATTORNEY FOR DEFENDANT

BRIAN L. URBANO, AUSA